[No. 8846–1–II.   Division Two.   June 8, 1987.]

DONALD L. ROBERTS, ET AL, *Appellants,* v. JOHN BARBER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 31467, Grant S. Meiner, J., entered May 24, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Howard and Steiner, JJ. Pro Tem.

[No. 8887–8–II.   Division Two.   June 8, 1987.]

MIKE DONOVICK, *Appellant,* v. SEATTLE–FIRST NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-2-00112-1, John W. Schumacher, J., entered June 3, 1985. *Affirmed* by unpublished opinion per Cox, J. Pro Tem., concurred in by Meiner and Utter, JJ. Pro Tem.

[No. 9285–9–II.   Division Two.   June 8, 1987.]

OLD NATIONAL BANK OF WASHINGTON, *Respondent,* v. P & B SERVICES, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-00688-4, Arthur W. Verharen, J., entered September 27, 1985. *Reversed* and *vacated* by unpublished opinion per Utter, J. Pro Tem., concurred in by Jones and Reser, JJ. Pro Tem.